I issued

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Earletta Smith

§
§
§
§                CIVIL ACTION NUMBER
versus                                       §                4:06-cv-2586
§
Jessie Soto, Individually and d/b/a          §
§
I & R Solutions                              §
§

ABSTRACT OF JUDGMENT

| Date Judgment Entered: | December 17, 2007 |
|---|---|
| Judgment in Favor of: | Earletta Smith |
| Judgment Against: | Jessie Soto d/b/a I & R Solutions |
| Amount of Judgment: | $ 21,781.09 |
| Amount of Costs: | $ 415.00 |
| Rate of Interest: | 3.17 % |
| Amount of Credits Since Judgment: | $ 0.00 |
| Amount Due: | $ 22,196.09 |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above-captioned case.

MICHAEL N. MILBY, Clerk

DATED: 2-26-8    By: _____
                       Deputy Clerk

SDTX (abstjdm) 07/13/98